IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 05-39778 |
| MARTIN AND NANCY BYRNE | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO: The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    AT: COURTROOM 4016
        DUPAGE COUNTY COURTHOUSE
        505 NORTH COUNTY FARM ROAD
        WHEATON, IL 60187

    ON: **October 3, 2008**          AT: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                              $3,533.15

    DISBURSEMENTS                                    $7.70

    NET CASH AVAILABLE FOR DISTRIBUTION   $3,525.45

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $877.65 | $0 |
| Springer Brown Covey Gaertner & Davis Trustee's Attorneys | $0.00 | $1,952.50 | $0 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. No priority claims were filed in this case.

7. General unsecured creditors filed claims totaling $380.36 and will receive a distribution of 100% of the amount of their claims as follows, plus interest as follows:

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| Capital Recovery One | $380.36 | $422.73 |

The debtors will receive a surplus of $22.57. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

9. The debtors received a discharge.

10. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property | $265,000.00 |
| Checking Account | $10.00 |
| Household Goods | $2,000.00 |
| Wearing Apparel | $200.00 |
| Pension Plans | $1,837.71 |
| Social Security Benefits | $2,193.00 |
| 1993 Ford Taurus | $1,000.00 |

                                            For the Court:

Dated:  **September 3, 2008**     **KENNETH S. GARDNER**
                                            Kenneth S. Gardner, Clerk
                                            United States Bankruptcy Court

Trustee:  Brenda Porter Helms
          3400 W. Lawrence Avenue
          Chicago IL 60625
          (773) 463-6427
          (773) 267-9405 (fax)

## SERVICE LIST

**MARTIN BYRNE & NANCY BYRNE**
**05 B 39778**

Brenda Porter Helms
The Helms Law Firm, P.C.
3400 West Lawrence Avenue
Chicago, IL  60625

David R. Brown
Springer, Brown, Covey, Gaertner & Davis, LLC
400 South County Farm Road, Suite 330
Wheaton, IL  60187

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1           User: amcc7              Page 1 of 1             Date Rcvd: Sep 03, 2008
Case: 05-39778                 Form ID: pdf002          Total Served: 18

The following entities were served by first class mail on Sep 05, 2008.
db            Martin P Byrne,   160 E Schubert Avenue,   Glendale Heights, IL   60139-2077
jdb           Nancy L Byrne,   160 E Schubert AVenue,   Glendale Heights, IL   60139-2077
aty          +Christopher J Hales,   Burke, Burns & Pinelli, Ltd,   70 W. Madison,   Suite 4300,
               Chicago, IL 60602-4229
aty          +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
aty          +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
tr           +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
               Chicago, IL 60625-5104
9881257       AARP,   Cardmember Services,   Post Office Box 15153,   Wilmington, DE 19886-5153
9881258      +CB USA Sears,   Post Office Box 6189,   Sioux Falls, SD 57117-6189
10538867     +Chase Bank USA, N.A.,   c/o Mark J Schultz,   9140 Ward Parkway, Ste 200,
               Kansas City MO 64114-3325
9881259       Chase Card Service,   Post Office Box 15129,   Wilmington, DE 19850-5129
9881260      +Chase Manhattan Mortgage,   Attention: Bankruptcy Department,   3415 Vision Drive,
               Columbus, Ohio 43219-6009
9881261      +DuPage Medical Group,   1860 Paysphere Circle,   Chicago, IL 60674-0018
9881262       Sound Choice/GEMB,   950 Forrer Blvd.,   Dayton, OH 45420-1469
9881264      +Washington Mutual,   Bankruptcy Department,   11200 West Parkland Avenue,
               Milwaukee, WI 53224-3127

The following entities were served by electronic transmission on Sep 04, 2008.
12407662     +E-mail/PDF: rmscedi@recoverycorp.com Sep 04 2008 06:02:38     Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12390800      E-mail/PDF: rmscedi@recoverycorp.com Sep 04 2008 06:02:41
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10583581     +E-mail/PDF: rmscedi@recoverycorp.com Sep 04 2008 06:02:37
               Recovery Management Systems Corporation,   For GE Money Bank,   dba WAL-MART,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
9881263       E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2008 06:02:03     Walmart,   Post Office Box 981064,
               El Paso, TX 79998-1064
                                                                                                TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 05, 2008**                         **Signature:** *Joseph Speetjens*