JOHN SQUIRES

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| In re: | § |  |
|---|---|---|
|  | § |  |
| Byrne, Martin | § | Case No. 05-39778 |
| Byrne, Nancy | § |  |
|  | § |  |
| Debtor(s) | § |  |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 272,240.71 | Assets Exempt: 21,230.71 |
| Total Distributions to Claimants: 380.36 | Claims Discharged Without Payment: 2890.07 |
| Total Expenses of Administration: 3,087.85 | |

3) Total gross receipts of $ 3,533.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 65.40 (see **Exhibit 2**), yielded net receipts of $ 3,468.21 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 239,869.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 3,087.85 | 3,087.85 | 3,087.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 21,510.43 | 380.36 | 380.36 | 380.36 |
| TOTAL DISBURSEMENTS | $ 261,379.43 | $ 3,468.21 | $ 3,468.21 | $ 3,468.21 |

4) This case was originally filed under chapter 7 on 09/23/2005 . The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/29/2009          By:/s/BRENDA PORTER HELMS, TRUSTEE
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE ACTIONS | 1241-000 | 3,500.00 |
| Post-Petition Interest Deposits | 1270-000 | 33.61 |
| **TOTAL GROSS RECEIPTS** | | **$3,533.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Martin and Nancy Byrne | Surplus Funds Paid to Debtor 726(a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 22.57 |
| Clerk, United States Bankruptcy Court | Non-Estate Funds Paid to Third Parties | 8500-000 | 42.83 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$65.40** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Manhattan | | 97,500.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Washington Mutual | | 142,369.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 239,869.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | 2100-000 | NA | 877.65 | 877.65 | 877.65 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 3.93 | 3.93 | 3.93 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 3.77 | 3.77 | 3.77 |
| CLERK, UNITED STATES BANKRUPTCY COU | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| SPRINGER BROWN COVER GAERTNER & DAV | 3210-000 | NA | 1,952.50 | 1,952.50 | 1,952.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,087.85 | $ 3,087.85 | $ 3,087.85 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AARP | | 1,106.71 | NA | NA | 0.00 |
| CB USA Sears | | 383.00 | NA | NA | 0.00 |
| DuPage Medical Group | | 260.00 | NA | NA | 0.00 |
| Sound choice/GEMB | | 760.00 | NA | NA | 0.00 |
| Walmart | | 380.36 | NA | NA | 0.00 |
| RECOVERY MANAGEMENT SYSTEM CORP | 7100-000 | 18,620.36 | 380.36 | 380.36 | 380.36 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | $ 21,510.43 | $ 380.36 | $ 380.36 | $ 380.36 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case No: | 05-39778 SQU Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | Byrne, Martin | Date Filed (f) or Converted (c): | 09/23/05 (f) |
| | Byrne, Nancy | 341(a) Meeting Date: | 10/01/05 |
| For Period Ending: 09/29/09 | | Claims Bar Date: | 02/14/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY  Debtor Claimed Exemption | 265,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CHECKING ACCOUNT | 10.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS  Debtor Claimed Exemption | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4. WEARING APPAREL AND JEWELRY  Debtor Claimed Exemption | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. PENSION PLANS AND PROFIT SHARING  Debtor Claimed Exemption | 1,837.71 | 0.00 | DA | 0.00 | FA |
| 6. SOCIAL SECURITY BENEFITS  Debtor Claimed Exemption | 2,193.00 | 0.00 | DA | 0.00 | FA |
| 7. 1993 FORD TAURUS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. PREFERENCE ACTIONS (u) | 0.00 | 0.00 | | 3,500.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 33.61 | Unknown |

| TOTALS (Excluding Unknown Values) | $272,240.71 | $0.00 | | $3,533.61 | Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/06     Current Projected Date of Final Report (TFR): 03/30/08

/s/ BRENDA PORTER HELMS, TRUSTEE
_____ Date: 09/29/09
BRENDA PORTER HELMS, TRUSTEE

Exhibit 8

PFORM1

Ver. 15.00a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-39778 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | Byrne, Martin | | Bank Name: | BANK OF AMERICA, N.A. |
| | Byrne, Nancy | | Account Number / CD #: | *******5635 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4809 | | | |
| For Period Ending: | 09/29/09 | | | |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/07 | 8 | Chase Home Finance<br>3415 Vision Drive<br>Columbus OH 43219 | settlement of adversary | 1241-000 | 3,500.00 | | 3,500.00 |
| 02/27/07 | 000101 | International Sureties, Ltd | bond premium | 2300-000 | | 3.77 | 3,496.23 |
| 02/28/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.30 | | 3,498.53 |
| 03/30/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.97 | | 3,501.50 |
| 04/30/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.88 | | 3,504.38 |
| 05/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.98 | | 3,507.36 |
| 06/29/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.88 | | 3,510.24 |
| 07/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.99 | | 3,513.23 |
| 08/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.98 | | 3,516.21 |
| 09/28/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 2.24 | | 3,518.45 |
| 10/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 2.25 | | 3,520.70 |
| 11/30/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 1.88 | | 3,522.58 |
| 12/31/07 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.68 | | 3,524.26 |
| 01/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 1.40 | | 3,525.66 |
| 02/14/08 | 000102 | International Sureties Ltd<br>701 Polydras St<br>New Orleans LA 70139 | trustee bond | 2300-000 | | 3.93 | 3,521.73 |
| 02/29/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.84 | | 3,522.57 |
| 03/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.83 | | 3,523.40 |
| 04/30/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.72 | | 3,524.12 |
| 05/30/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.44 | | 3,524.56 |
| 06/30/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.44 | | 3,525.00 |
| 07/31/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.45 | | 3,525.45 |
| 08/29/08 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.44 | | 3,525.89 |
| 09/02/08 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 3,525.91 |
| 09/02/08 | | Transfer to Acct #*******7611 | Final Posting Transfer | 9999-000 | | 3,525.91 | 0.00 |

Exhibit 9

PFORM24

Ver: 15.00a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 05-39778 -SQU | | |
|---|---|---|---|
| Case Name: | Byrne, Martin | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| | Byrne, Nancy | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******4809 | Account Number / CD #: | *******7611 Checking - Non Interest |
| For Period Ending: | 09/29/09 | | |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/02/08 | | Transfer from Acct #*******5635 | Transfer In From MMA Account | 9999-000 | 3,525.91 | | 3,525.91 |
| 10/09/08 | 001001 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 877.65 | 2,648.26 |
| 10/09/08 | 001002 | Clerk, United States Bankruptcy Court 219 S. Dearborn Street  7th Floor Chicago IL 60604 | adversary filing fee | 2700-000 | | 250.00 | 2,398.26 |
| 10/09/08 | 001003 | Springer Brown Cover Gaertner & Davis 400 S. County Farm Rd Wheaton IL 60187 | ATTORNEY FEES | 3210-000 | | 1,952.50 | 445.76 |
| 10/09/08 | 001004 | Capital Recovery One 25 S.E. 2nd Ave. #1120 Miami FL 33131 | final distribtuion | 7100-000 | | 380.36 | 65.40 |
| 10/09/08 | 001005 | Capital Recovery One | INTEREST EARNED | 7100-004 | | 42.83 | 22.57 |
| 10/09/08 | 001006 | Martin and Nancy Byrne | ssurplus to debtor | 8200-002 | | 22.57 | 0.00 |
| 02/06/09 | 001007 | Clerk, United States Bankruptcy Court | unclaimed funds - Capital Recovery | 8500-000 | | 42.83 | -42.83 |
| 02/18/09 | 001005 | Capital Recovery One | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -42.83 | 0.00 |

Total Of All Accounts  0.00

PFORM24

Ver: 15.00a